**United States Bankruptcy Court**
**District of South Dakota**

| | |
|---|---|
| IN RE: | Case No. **10-40718** |
| **Leiferman, Lawrence William & Leiferman, Barbara Jean** | Chapter **13** |
| Debtor(s) | |

## DISCLOSURE OF COMPENSATION

1. Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and LBR 2016-1(a), I declare that within one year of the filing of the petition herein I have been paid the following compensation by Debtor for services rendered or to be rendered in contemplation of or in connection with the case.

   (a) Legal Fees: $ **260.00/hr**

   (b) Sales Tax, Filing Fee, Other Costs: + $ **500.00**

   (c) Total: = $ _____

   (d) I have received: - $ **1,700.00**

   (e) I am still owed: = $ _____

2. In return for the compensation set forth in ¶ 1(c) above, I have rendered or have agreed to render the following legal services (check all that apply):

   ☑ analyzing the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   ☑ preparing and filing the debtor's petition, schedules, and statement of financial affairs; and

   ☑ representing the debtor at the meeting of creditors.

3. I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

Dated: **August 24, 2010**    /s/ **Clair Gerry**

**Clair Gerry**
**Gerry & Kulm Ask, Prof. LLC**
**P.O. Box 966**
**Sioux Falls, SD  57101-0966**
**(605) 336-6400  Fax: (605) 336-6842**
**gerry@sgsllc.com**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only