UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:                                              ) Case #10-40718
                                                    ) Chapter 13
LAWRENCE WILLIAM LEIFERMAN,                         )
aka Larry Leiferman,                                )
SSN/ITIN:  xxx xx 2756,                             )
                                                    )
                                                    ) PLAN DATED
and                                                 ) SEPTEMBER 7, 2010
                                                    )
BARBARA JEAN LEIFERMAN,                             )
SSN: xxx xx 1106,                                   )
                                                    )
           Debtors.                                 )

1. PAYMENTS BY DEBTORS TO TRUSTEE: Debtors will pay the trustee $710.00 per month for 60 months (the "plan term"), for a total of $42,600.00, plus all tax refunds for tax years 2010 through 2014. Debtors will make the first payment on October 15, 2010, and the last payment on September 15, 2015.

2. PAYMENT BY TRUSTEE TO CREDITORS: After deducting his fee, the trustee will make the following payments, beginning the first month following confirmation of this plan.

a. PRIORITY CLAIMS:

| Creditor | Claim | Int. | Pmt. | Mos. | Total |
|---|---|---|---|---|---|
| Gerry & Kulm Ask, Prof. LLC | $1,200 (est.) | 0 | $100 | 1-12 | $1,200 |

b. SECURED CLAIMS:

<u>Wells Fargo Bank:</u>  This creditor has a mortgage on debtors' homestead in the amount of approximately $95,000.00. The Chapter 13 Trustee will make monthly payments to this creditor in the amount of $583.39 per month (which includes 5% interest amortized over a 25 year term) during the 60 months of the plan. When the final plan payment is made, debtors will continue to make payments of $583.39 per month directly to this creditor for approximately 20 years or until the balance is paid in full as set out herein.

Debtors will pay the real estate taxes and insurance outside of the plan.

Upon final payment, this creditor will satisfy any and all liens of record.

c. UNSECURED/UNDERSECURED CLAIMS:

After making the payments as set forth above, the trustee will distribute the balance of the payments made by the debtors to the holders of timely filed and allowed unsecured claims. Any unsecured creditor who receives appropriate notice of the case but fails to timely file a proof of claim will be discharged to the extent set forth in 11 USC 1328(a) when debtors complete all plan payments.

3. OTHER PROVISIONS: None

4. DISPOSABLE INCOME: All of the debtors' disposable income to be received in the 60 months of the plan beginning on October 15, 2010, will be applied to make payments under this plan.

5. ATTACHMENTS: Attached hereto and incorporated herein by reference is a liquidation analysis that demonstrates that creditors will receive as much or more than they would if debtors' non-exempt assets were liquidated in a Chapter 7 bankruptcy.

Dated this 7th day of September, 2010.

/s/ Lawrence William Leiferman
Lawrence William Leiferman

/s/ Barbara Jean Leiferman
Barbara Jean Leiferman

GERRY & KULM ASK, PROF. LLC

By     /s/Clair R. Gerry
Clair R. Gerry, Attorney for Debtors
PO Box 966, 507 W. 10th Street
Sioux Falls, SD 57101-0966
(605)336-6400   FAX (605)336-6842
gerry@sgsllc.com

## LIQUIDATION ANALYSIS

| Asset | Value | Secured Claim | Exemption | Amt Over Exemption or Security |
|---|---|---|---|---|
| **Real Property:** | | | | |
| Homestead | $ 125,000 | $ 95,000 | $ 30,000 | -0- |
| **Personal Property:** | | | | |
| Cash & Checking | $    942.21 | | $    942.21 | -0- |
| Household goods | 1,430.00 | | 1,430.00 | -0- |
| Books, pictures | 150.00 | | 150.00 | -0- |
| Wearing Apparel | 850.00 | | 850.00 | -0- |
| Sporting equip, etc | 300.00 | | 300.00 | -0- |
| 401K | 2,100.00 | | 2,100.00 | -0- |
| Wages unpaid & unpaid 2009 tax refund | 4,700.00 | | 4,700.00 | -0- |
| Vehicles | 1,500.00 | | 1,500.00 | -0- |
| Other personal prpty. | 177.00 | | 177.00 | -0- |
| TOTAL | $ 12,149.21 | | $ 12,149.21 | -0- |